IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DECKS N SUCH MARINE, INC.,

     Appellant,

v.

THOMAS O. DAAKE, SR. and
ADELE Z. DAAKE, Husband and
Wife, and BANK OF AMERICA,
N.A.,

     Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-833

Opinion filed August 18, 2016.

An appeal from the Circuit Court for Walton County.
David W. Green, Judge.

Charles P. Young of Emmanuel, Sheppard & Condon, P.A., Pensacola, for Appellant.

T. A. Borowski, Jr., Darryl Steve Traylor, Jr., and Louis E. Harper, III, of Borowski & Traylor, P.A., Pensacola, for Appellee Bank of America, N.A.

PER CURIAM.

     AFFIRMED.

B.L. THOMAS, WINOKUR, and JAY, JJ., CONCUR.